**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF ENGLEWOOD,<br><br>    Interpleader Plaintiff,<br><br>v.<br><br>CHUKWUEMEKA EZEKWO, *et al.*,<br><br>    Interpleader Defendants. | Civ. Action No. 20-12799 (SDW) (LDW)<br><br>**ORDER**<br><br>July 29, 2022 |

**WIGENTON**, District Judge.

  Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 107, "R&R"), dated July 6, 2022, which recommends that this Court grant Maggiano, DiGirolamo & Lizzi, PC's Motion for Summary Judgment (D.E. 54, 80); grant Romanucci & Blandin LLC's Motion for Summary Judgment (D.E. 47) as modified; grant Joshua Moskovitz, Esq.'s Motion for Summary Judgment (D.E. 39); and grant Funding Holding, LLC's Motion for Summary Judgment (D.E. 61) as modified. Any objections to the R&R were due on July 20, 2022, and no objections were filed. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court, and

  **ORDERED** that the Clerk of Court shall disburse the interpleaded settlement proceeds as set forth in Judge Wettre's R&R (D.E. 107 at 24–25).

**SO ORDERED**.

                                                    /s/ Susan D. Wigenton
                                           **SUSAN D. WIGENTON, U.S.D.J.**

Orig:       Clerk
cc:         Hon. Leda D. Wettre, U.S.M.J.
              Parties