**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF ENGLEWOOD,<br><br>       Interpleader Plaintiff,<br><br>v.<br><br>CHUKWUEMEKA EZEKWO, *et al.*,<br><br>       Interpleader Defendants. | Civ. Action No. 20-12799 (SDW) (LDW)<br><br>**ORDER**<br><br>August 31, 2022 |

**WIGENTON**, District Judge.

      Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 107 ("R&R")), dated July 6, 2022, which recommends that this Court grant Maggiano, DiGirolamo & Lizzi, PC's Motion for Summary Judgment (D.E. 54, 80); grant Romanucci & Blandin LLC's Motion for Summary Judgment (D.E. 47) as modified; grant Joshua Moskovitz, Esq.'s Motion for Summary Judgment (D.E. 39); and grant Funding Holding, LLC's Motion for Summary Judgment (D.E. 61) as modified. Interpleader Defendants Chukwuemeka and Ifeoma Ezekwo filed objections to the R&R on August 15, 2022. (D.E. 111.) This Court has reviewed the reasons set forth by Judge Wettre in the R&R, Interpleader Defendants' submission, and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

      **ORDERED** that this Court's prior order dated July 29, 2022 (D.E. 108) is **VACATED**,

      **ORDERED** that Judge Wettre's R&R is again **ADOPTED** as the conclusions of law of this Court, and

**ORDERED** that the Clerk of Court shall disburse the interpleaded settlement proceeds as set forth in Judge Wettre's R&R (D.E. 107 at 24–25).

**SO ORDERED**.

                                                /s/ Susan D. Wigenton
                                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig:        Clerk
cc:          Hon. Leda D. Wettre, U.S.M.J.
              Parties